FILED
RECEIVED

COPY

SEP 2 2002

FILED _____ LOD.
RECEIVED _____ COPY

OCT 2 2002

U S DISTRICT COURT
DISTRICT OF ARIZONA
DEP!!

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| 1.  MATTHEW DAVEE, )<br><br>Plaintiff, )<br><br>V. )<br><br>2.  CITY OF TUCSON, body politic, )<br>    and )<br>3.  TUCSON POLICE )<br>    DEPARTMENT, and )<br>4.  RICHARD MIRANDA, )<br>    individually and in the capacity )<br>    as Chief of Police for Tucson )<br>    Police Department, and )<br>5.  THOMAS MCNALLY, )<br>    individually and in the capacity )<br>    as Captain for Tucson Police )<br>    Department, and )<br>6.  MICHAEL BANISTER, )<br>    individually and Sergeant for the )<br>    Tucson Police Department and )<br>7.  ANTHONY SABORI, individually )<br>    and as Sergeant for the Tucson )<br>    Police Department, )<br><br>Defendants. ) | No.  CIV 02-159 TUC WDB<br><br><br>ORDER REGARDING<br>EXTENSION OF DEADLINES |

The Defendants' motion having been reviewed and there appearing to be good cause therefor, the deadline for disclosure of expert witnesses is extended to October 31, 2002 and the deadline for disclosure of rebuttal expert witnesses is extended to November 15, 2002.



Dated this ___2___ day of _October_ , 2002.


_William D Bro_

William D. Browning
Senior United States District Judge

Order Regarding Extension of Deadlines for Expert Witness disclosure, page 2

Davee v. City of Tucson, No. CIV 02-159 TUC WDB

2