FILED _____
RECEIVED _____ COPY

MAR 2 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY: _____ DP: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Davee, | No. CV 02-159-TUC-WDB |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Tucson, et al., | |
| Defendant. | |

A review of the record shows that the parties should have filed their proposed joint pretrial order on 2/3/03. The Court still has not received this document. The Court also notes that the dispositive motion deadline has already expired, and therefore the Court will not consider any such motions. As such, the parties **SHALL** file their joint proposed pretrial order no later than **March 31, 2003**. Failure to comply with this order may result in sanctions.

DATED this 21 day of March, 2003.

William D. Browning
Senior United States District Judge

23