UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

(CIVIL ORDER - GENERAL)

Civil Case No. <u>CV 02-159-WDB</u>    Date <u>June 26, 2003</u>

Title: <u>MATTHEW DAVEE v. CITY OF TUCSON, ET AL.</u>

===================================================================
===================================================================

Present:
        HON. NANCY FIORA, UNITED STATES MAGISTRATE JUDGE

Deputy Clerk: <u>MATTHEW ZEHM</u>    Court Reporter: _____

===================================================================
Proceedings: _____ Open Court _____ Chambers <u>XX</u> Other

        On May 20, 2003, the Honorable William D. Browning ordered the parties to submit ex-parte confidential position statements to the Court no later than June 24, 2003 at 3:00 p.m.  On June 17, 2003, the Honorable Bernado P. Velasco ordered the parties to submit their ex-parte position statements to the Court no later than June 24, 2003 at 3:00 p.m.

        Defendants have timely complied.

        Plaintiff, to date, has not.

        Accordingly, IT IS ORDERED that the settlement conference set for June 30, 2003 is VACATED, and Plaintiff must within five days of the date of this Order contact the Court and Defendants to reschedule same.

Copies issued to: