*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

JUL 17 2003

MATTHEW DAVEE,                    )
                                  )
              Plaintiff,          )
                                  )
      vs.                         )        JUDGMENT IN A CIVIL CASE
                                  )
CITY OF TUCSON, et al.,           )        Case No.   CIV 02-159-TUC-WDB
                                  )
              Defendants.         )
_____)

X    **JURY** VERDICT. This action came before the Court for a trial by
     jury.  The issues have been tried and the jury has rendered
     its verdict.

     **IT IS ORDERED AND ADJUDGED** that Judgment is entered in

favor of the Defendants.

July 17, 2003                              RICHARD H. WEARE
Date                                       CLERK


                                           (By) Kay Davis, Deputy Clerk

Copies to: JB